**Dismissed and Memorandum Opinion filed March 31, 2020.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-20-00003-CV

## NEWS NOW BAYTOWN, Appellant

### V.

## CITY OF BAYTOWN, MARK MILLER-PIO, AND NATASHA BARRETT, Appellees

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1144879**

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 19, 2019. The clerk's record was filed January 3, 2020. The reporter's record was filed January 14, 2020. No brief was filed.

On February 11, 2020, this court issued an order stating that unless appellant filed a brief on or before March 4, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.